**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Civil Case No.  09-cv-01459-PAB-MEH

TIM MEEHAN, doing business as 21st Century Graphics,

    Plaintiff,

v.

UNITED STATES HANG GLIDING and PARAGLIDING ASSOCIATION, INC.,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the Stipulated Motion of Dismissal With Prejudice Pursuant to Settlement Agreement [Docket No. 21].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that the Stipulated Motion of Dismissal With Prejudice Pursuant to Settlement Agreement [Docket No. 21] is granted.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED September 10, 2009.

                                              BY THE COURT:

                                              s/Philip A. Brimmer_____
                                              PHILIP A. BRIMMER
                                              United States District Judge